Case 08-33233   Doc 35   Filed 11/24/10   Entered 11/24/10 13:01:55   Desc Main
                         Document      Page 1 of 1

MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

Alton L. Larson

Case No. 08-33233
Chapter 7

Debtor.

## UNCLAIMED FUNDS FOR DEPOSIT TO REGISTRY FUND

Please Check One:

X    Unclaimed Funds

    Distribution Less Than $5.00

| Name and Address of Fund Recipient | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Alton Larson<br>103 4th Avenue NW<br>Lonsdale, MN 55046 | N/A | N/A | $2.26 |

Date:   November 23, 2010

/e/ Patti J. Sullivan
Patti J. Sullivan, Trustee

Rec # 3022

RECEIVED
10 NOV 24  PM 12:19
U.S. BANKRUPTCY COURT
ST. PAUL, MN